# Third District Court of Appeal

## State of Florida

Opinion filed November 4, 2020.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D19-2338
Lower Tribunal No. 16-21464

————————

**2274 Investment, Inc.,**
Appellant,

vs.

**Ricardo Olloqui,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Reemberto Diaz, Judge.

The Cunill Law Firm, P.A., and Andrea S. Cunill, for appellant.

De La Peña Group, P.A., and Leoncio E. de la Peña D., Otto C. de Córdoba and Tracy Pérez, for appellee.

Before FERNANDEZ, SCALES, and MILLER, JJ.

PER CURIAM.

Affirmed.